FILED
United States Court of Appeals
Tenth Circuit

March 20, 2015

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KARLA MONROY MURILLO,

Defendant - Appellant.

No. 14-3272
(D.C. No. 2:12-CR-20153-CM-2)
(D. Kan.)

**ORDER AND JUDGMENT**[*]

Before **BRISCOE**, Chief Judge, **MATHESON** and **MORITZ**, Circuit Judges.

The government moves to enforce the plea agreement, containing an appeal

waiver, it entered into with Karla Monroy Murillo. Ms. Monroy Murillo does not

oppose enforcement of the appeal waiver. Indeed, she requests that this court enforce

the plea agreement and appeal waiver and dismiss her appeal. After independently

considering the plea agreement and plea and sentencing hearing transcripts in light of

the three-prong analysis set forth in *United States v. Hahn*, 359 F.3d 1315, 1325

---

[*]    This panel has determined that oral argument would not materially assist the
determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The
case is therefore ordered submitted without oral argument. This order and judgment
is not binding precedent, except under the doctrines of law of the case, res judicata,
and collateral estoppel. It may be cited, however, for its persuasive value consistent
with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

(10th Cir. 2004) (en banc) (per curiam), we conclude that the motion to enforce should be granted.

Accordingly, we grant the government's motion to enforce and dismiss this appeal.

Entered for the Court
Per Curiam
